## Commonwealth *v.* Molter, Appellant.

Argued December 9, 1969. *Jerome R. Smith,* with him *Feeney & Guiliano,* for appellant; *R. Joel Weiss,* Deputy Attorney General, with him *Bernard P. Carey, Jr.,* Assistant District Attorney, and *William C. Sennett,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed. The appeal is controlled by *Commonwealth v. Arnold,* 215 Pa. Superior Ct. 444 (1969).

## Commonwealth *v.* Muse, Appellant.

Submitted December 12, 1969. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.